UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS<br><br>v.<br><br>BECERRA, ET AL. | §<br>§<br>§  CIVIL NO. 4:24-CV-783-SDJ<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff American Association of Ancillary Benefits' ("AAAB") Unopposed Motion to Withdraw Plaintiff's Motion for Specific Relief of a Temporary Restraining Order and Stay of Enforcement Date. (Dkt. #9). After considering the Motion, the Court concludes that it should be granted.

It is thus **ORDERED** that AAAB's Motion for a Temporary Restraining Order and Stay of Enforcement Date, (Dkt. #4), is **WITHDRAWN**.

So ORDERED and SIGNED this 3rd day of September, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE