UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS<br><br>v.<br><br>XAVIER BECERRA, ET AL. | §<br>§<br>§  CIVIL NO. 4:24-CV-783-SDJ<br>§<br>§<br>§ |

## ORDER

Plaintiff American Association of Ancillary Benefits ("AAAB") has sued several federal agencies, collectively referenced herein as the "Government Defendants," challenging the validity of Rule CMS-9904-F (89 Fed. Reg. 23338 (April 3, 2024)).[1] Before the Court is AAAB's Unopposed Motion for Leave to File First Amended Complaint at Law and for Injunctive Relief. (Dkt. #24). After consideration, the Court concludes the Motion should be granted.

It is therefore **ORDERED** that Unopposed Motion for Leave to File First Amended Complaint at Law and for Injunctive Relief, (Dkt. #24), is **GRANTED**. AAAB is directed to file their First Amended Complaint at Law and for Injunctive Relief separately.

It is further **ORDERED** that the Court's order on expedited motion practice, (Dkt. #23), is **VACATED**.

It is further **ORDERED** that the parties confer and submit a joint report by no later than **October 3, 2024**, addressing a proposed schedule for the submission

---

[1] AAAB has sued Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Julie Su, in her official capacity as acting United States Secretary of Labor; and Janet Yellen, in her official capacity as Secretary of the United States Department of the Treasury.

and briefing of any dismissal motion(s) the Government Defendants plan to file.

**So ORDERED and SIGNED this 26th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE