UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS<br><br>v.<br><br>XAVIER BECERRA, ET AL. | §<br>§<br>§   CIVIL NO. 4:24-CV-783-SDJ<br>§<br>§<br>§ |

## **SCHEDULING ORDER**

    Plaintiff American Association of Ancillary Benefits ("AAAB") has sued several federal agencies, collectively referenced herein as the "Government Defendants," challenging the validity of Rule CMS-9904-F (89 Fed. Reg. 23338 (April 3, 2024)).[1] Before the Court is the Parties' Joint Report, (Dkt. #29), which proposes alternate schedules for resolving this case on the merits.

    Accordingly, the Court enters this Scheduling Order, which will govern proceedings on the merits of this case through cross-motions for summary judgment. The following actions shall be completed by the dates indicated:

## **DEADLINES**

| **Deadline** | **Event** |
|---|---|
| 10/21/2024 | Deadline for Government Defendants to produce the administrative record to Plaintiffs and file on the docket a certified list of the contents of the record |
| 11/11/2024 | Deadline for Plaintiffs to file their motion for summary judgment |
| 12/11/2024 | Deadline for Government Defendants to file their combined response in opposition and cross-motion for summary judgment |
| 1/10/2025 | Deadline for Plaintiffs to file their combined response and reply |

---

[1] AAAB has sued Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Julie Su, in her official capacity as acting United States Secretary of Labor; and Janet Yellen, in her official capacity as Secretary of the United States Department of the Treasury.

| | |
|---|---|
| 2/4/2025 | Deadline for Government Defendants to file their reply |
| 2/13/2025 | Deadline for Government Defendants to file the appendix including all administrative record materials cited by the parties in their summary judgment briefing |

Additionally, the Court **STAYS** the Government Defendants' deadline to answer the Amended Complaint, (Dkt. #27), pending resolution of the Parties' cross-motions for summary judgment.

**So ORDERED and SIGNED this 4th day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE