IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-00783-SDJ |

## NOTICE OF SERVICE OF THE ADMINISTRATIVE RECORD

In accordance with this Court's scheduling order, ECF No. 30, Defendants hereby provide notice that they served the attached certified administrative record index, as well as the full administrative record in this case, on Plaintiffs on October 21, 2024.

Dated:  October 21, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Kyla M. Snow*
KYLA M. SNOW
Trial Attorney (Ohio Bar No. 96662)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-3259
kyla.snow@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | No. 4:24-cv-00783-SDJ |

**CERTIFICATION OF THE RULEMAKING RECORD**

  I, Martique S. Jones, Director of the Regulations Development Group, a component of the Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, certify that, to the best of my knowledge, the attached index lists the materials that comprise the complete administrative record of the rulemaking proceedings for the Short-Term, Limited-Duration Insurance and Independent, Noncoordinated Excepted Benefits Coverage; Final Rules, 89 Fed. Reg. 23,338 (Apr. 3, 2024).

  Executed this eighteenth day of October, 2024, in Baltimore, Maryland.

Martique S. Jones -S
*Digitally signed by Martique S. Jones -S*
*Date: 2024.10.18 12:57:53 -04'00'*

Martique S. Jones, Director
Regulations Development Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
United States Department of Health and Human Services

1

<u>**INDEX TO THE RULEMAKING RECORD FOR**</u>
*American Association of Ancillary Benefits v. Becerra*, No. 4:24-00783-SDJ (E.D. Tex.)

**A.   Federal Register Documents and Public Comments**

1. Short-Term, Limited-Duration Insurance; Independent, Noncoordinated Excepted Benefits Coverage; Level-Funded Plan Arrangements; and Tax Treatment of Certain Accident and Health Insurance; Proposed Rules, 88 Fed. Reg. 44,596 (proposed July 23, 2023)                                     Bates: 000001 - 000063

2. Public Comments                                                                   Bates: 000064 - 023784

3. Short-Term, Limited-Duration Insurance and Independent, Noncoordinated Excepted Benefits Coverage; Final Rules, 89 Fed. Reg. 23,338 (Apr. 3, 2024)                                     Bates: 023785 - 023868

**B.   Materials Considered**

1. Jost, Timothy (2017). "ACA Round-Up: Market Stabilization, Fixed Indemnity Plans, Cost Sharing Reductions, and Penalty Updates," Health Affairs                                                  Bates: 023869 - 023874

2. AHIP (2019). "Supplemental Health Insurance: Hospital or Other Fixed Indemnity, Accident-Only, Critical Illness"
                                                                                                Bates: 023875 - 023876

3. Young, Christen Linke and Kathleen Hannick (2020). "Fixed Indemnity Coverage is a Problematic Form of 'Junk' Insurance," U.S.C.-Brookings Schaeffer Initiative for Health Policy                                                                             Bates: 023877 - 023894

4. Frequently Asked Questions about Affordable Care Act Implementation (Part XI) (Jan. 24, 2013)            Bates: 023895 - 023903

5. Frequently Asked Questions about Affordable Care Act Implementation (Part XXVIII) and Mental Health Parity Implementation (Jan. 9, 2014)                               Bates: 023904 - 023916

6. National Association of Insurance Commissioners (2013). "Letter to Secretaries of Labor, Treasury, and Health and Human Services"                                                        Bates: 023917 - 023918

7. Healthinsurance.org (2023). "Glossary: What is a Critical Illness Plan?"                                                                   Bates: 023919 - 023924

8. American Council of Life Insurers (2021). "Model 171 Benefits Overview: Presented to the NAIC Accident and Sickness Minimum Standards (B) Subgroup"    Bates: 023925 - 023947

9. Centers for Medicare & Medicaid Services (2018). "Trends in Subsidized and Unsubsidized Individual Health Insurance Market Enrollment"    Bates: 023948 - 023956

10. Kaiser Family Foundation (2020). "Insurer Participation on ACA Marketplaces, 2014–2021"    Bates: 023957 - 023967

11. Centers for Medicare & Medicaid Services (2023). "Health Insurance Marketplaces, 2023 Open Enrollment Report"    Bates: 023968 - 023984

12. Ortaliza, Jared, Justin Lo, Krutika Amin, and Cynthia Cox (2022). "How ACA Marketplace Premiums Are Changing By County in 2023," Kaiser Family Foundation    Bates: 023985 - 023992

13. Congressional Budget Office (2022). "Letter from Phillip L. Swagel to Rep. Mike Crapo, 'Re: Health Insurance Policies'"    Bates: 023993 - 023999

14. Collins, Sara, Lauren Haynes, and Relebohile Masitha (2022). "The State of U.S. Health Insurance in 2022: Findings from the Commonwealth Fund Biennial Health Insurance Survey," Commonwealth Fund    Bates: 024000 - 024022

15. Palanker, Dania, JoAnn Volk, and Kevin Lucia (2018). "Short-Term Health Plan Gaps and Limits Leave People at Risk," Commonwealth Fund    Bates: 024023 - 024027

16. Lueck, Sarah (2018). "Key Flaws of Short-Term Health Plans Pose Risks to Consumers," Center on Budget and Policy Priorities    Bates: 024028 - 024031

17. Hall, Mark and Michael McCue (2022). "Short-Term Health Insurance and the ACA Market," Commonwealth Fund    Bates: 024032 - 024036

18. Partnership to Protect Coverage (2021). "Under-Covered: How 'Insurance-Like' Products are Leaving Patients Exposed"    Bates: 024037 - 024062

19. Dieguez, Gabriela and Dane Hansen (2020). "The Impact of Short-term Limited-duration Policy Expansion on Patients and the ACA Individual Market," Milliman     Bates: 024063 - 024110

20. Palanker, Dania, Kevin Lucia, and Emily Curran (2017). "New Executive Order: Expanding Access to Short-Term Health Plans Is Bad for Consumers and the Individual Market," Commonwealth Fund     Bates: 024111 - 024116

21. Appleby, Julie (2017). "Brokers Tout Mix-And- Match Coverage To Avoid High-Cost ACA Plans," Kaiser Family Foundation
    Bates: 024117 - 024121

22. Lopes, Lunna, Audrey Kearney, Alex Montero, Liz Hamel, and Mollyann Brodie (2022). "Health Care Debt In The U.S.: The Broad Consequences Of Medical And Dental Bills," Kaiser Family Foundation     Bates: 024122 - 024150

23. Himmelstein, David, Samuel Dickman, Danny McCormick, David Bor, Adam Gaffney, and Steffie Woolhandler (2022). "Prevalence and Risk Factors for Medical Debt and Subsequent Changes in Social Determinants of Health in the US," JAMA Network Open, Volume 5 Issue 9:e2231898
    Bates: 024151 - 024163

24. Families USA (2019). "Surprise Medical Bills, Results from a National Survey"     Bates: 024161 - 024191

25. Department of Health and Human Services Office of the Assistant Secretary for Preparedness and Response, Determination of the HHS Secretary that a Public Health Emergency Exists     Bates: 024192 - 024192

26. Department of Health and Human Services Office of the Assistant Secretary for Preparedness and Response, Renewal of Determination That A Public Health Emergency Exists
    Bates: 024193 - 024194

27. Executive Office of the President, Office of Management and Budget, Statement of Administration Policy: H.R. 382 and H.J. Res. 7 (Jan. 30, 2023)     Bates: 024195 - 024196

28. Letter to U.S. Governors from HHS Secretary Xavier Becerra on renewing COVID–19 Public Health Emergency (PHE) (Feb. 9, 2023)     Bates: 024197 - 024202

3

29. Curran, Emily, Kevin Lucia, JoAnn Volk, and Dania Palanker (2020). "In the Age of COVID-19, Short-Term Plans Fall Short for Consumers," Commonwealth Fund        Bates: 024203 - 024207

30. FAQs about Families First Coronavirus Response Act and Coronavirus Aid, Relief, and Economic Security Act Implementation Part 42 (Apr. 11, 2020)        Bates: 024208 - 024219

31. FAQs about Affordable Care Act Implementation Part 51, Families First Coronavirus Response Act and Coronavirus Aid, Relief, and Economic Security Act Implementation (Jan. 10, 2022)        Bates: 024220 - 024234

32. FAQs about Families First Coronavirus Response Act, Coronavirus Aid, Relief, and Economic Security Act and Health Insurance Portability and Accountability Act Implementation Part 58 (Mar. 29, 2023)        Bates: 024235 - 024250

33. Health Resources and Services Administration, "FAQs for The HRSA COVID–19 Coverage Assistance Fund"
        Bates: 024251 - 024265

34. Palanker, Dania and Kevin Lucia (2021). "Limited Plans with Minimal Coverage Are Being Sold as Primary Coverage, Leaving Consumers at Risk," Commonwealth Fund
        Bates: 024266 - 024270

35. Palanker, Dania, JoAnn Volk, and Maanasa Kona (2019). "Seeing Fraud and Misleading Marketing, States Warn Consumers About Alternative Health Insurance Products," Commonwealth Fund        Bates: 024271 - 024275

36. Avila, Jaie (2019). "Show Me Your Bill Helps Wipe Out $70K in Charges After Heart Attack," News 4 San Antonio
        Bates: 024276 - 024280

37. Edward, Jean, Amanda Wiggins, Malea Hoepf Young, Mary Kay Rayens (2019). "Significant Disparities Exist in Consumer Health Insurance Literacy: Implications for Health Care Reform," Health Literacy Research and Practice
        Bates: 024281 - 024289

38. Villagra, Victor and Bhumika Bhuva (2019). "Health Insurance Literacy: Disparities by Race, Ethnicity, and Language Preference," The American Journal of Managed Care
        Bates: 024290 - 024302

| | | |
|---|---|---|
| 39. | Centers for Medicare & Medicaid Services, Center for Consumer Information and Insurance Oversight, Temporary Special Enrollment Period (SEP) for Consumers Losing Medicaid or the Children's Health Insurance Program (CHIP) Coverage Due to Unwinding of the Medicaid Continuous Enrollment Condition—Frequently Asked Questions (FAQ) (Jan. 27, 2023) | Bates: 024303 - 024308 |
| 40. | Department of Health and Human Services, Assistant Secretary for Planning and Evaluation, Office of Health Policy, "Unwinding the Medicaid Continuous Enrollment Provision: Projected Enrollment Effects and Policy Approaches," August 19, 2022 | Bates: 024309 - 024325 |
| 41. | National Association of Insurance Commissioners (2023). "Short-Term Limited-Duration Health Plans" | Bates: 024326 - 024328 |
| 42. | Palanker, Dania, and Volk JoAnn (2021). "Misleading Marketing of Non-ACA Plans Continued During COVID–19 Special Enrollment Period," Center on Health Insurance Reforms | Bates: 024329 - 024333 |
| 43. | Fernandez, Bernadette, Vanessa Forsberg, and Annie Mach (2018). "Background Information on Health Coverage Options Addressed in Executive Order 13813," Congressional Research Service | Bates: 024334 - 024357 |
| 44. | Corlette, Sabrina, Kevin Lucia, Dania Palanker, and Olivia Hoppe (2019). "The Marketing of Short-Term Health Plans: An Assessment of Industry Practices and State Regulatory Responses," Urban Institute | Bates: 024358 - 024366 |
| 45. | Government Accountability Office (2022). "Private Health Insurance: Limited Data Hinders Understanding Short-Term Plans Role and Value During the COVID–19 Pandemic" | Bates: 024367 - 024412 |
| 46. | Pollitz, Karen, Michelle Long, Ashley Semanskee, and Rabah Kamal (2018). "Understanding Short-Term Limited Duration Health Insurance," Kaiser Family Foundation | Bates: 024413 - 024423 |
| 47. | Letter from 29 Organizations to Sec. Xavier Becerra (Jan. 31, 2022) | Bates: 024424 - 024428 |

| | | |
|---|---|---|
| 48. | Federal Trade Commission (2018). "FTC Halts Purveyors of Sham Health Insurance Plans" | Bates: 024429 - 024431 |
| 49. | Federal Trade Commission (2022). "FTC Action Against Benefytt Results in $100 Million in Refunds for Consumers Tricked into Sham Health Plans and Charged Exorbitant Junk Fees" | Bates: 024432 - 024435 |
| 50. | Government Accountability Office (2020). "Private Health Coverage: Results of Covert Testing for Selected Offerings" | Bates: 024336 - 024464 |
| 51. | Keith, Katie (2020). "New Congressional Investigation of Short-Term Plans," Health Affairs | Bates: 024465 - 024472 |
| 52. | U.S. House of Representatives Committee on Energy and Commerce (2020). "Shortchanged: How the Trump Administration's Expansion of Junk Short-Term Health Insurance Plans Is Putting Americans at Risk" | Bates: 024473 - 024669 |
| 53. | Centers for Medicare & Medicaid Services Office of Minority Health (2022). "The Path Forward: Improving Data to Advance Health Equity Solutions" | Bates: 024670 - 024711 |
| 54. | Moore, Jazmyn, Carolina Luna-Pinto, Heidi Cox, Sima Razi, Michael St. Louis, Jessica Ricaldi, and Leandris Liburd (2021). "Promoting Health Equity During the COVID-19 Pandemic, United States," Bulletin of the World Health Organization | Bates: 024712 - 024714 |
| 55. | Edward, Jean, Robin Thompson, and Amanda Wiggins (2022). "Health Insurance Literacy Levels of Information Intermediaries: How Prepared are They to Address the Growing Health Insurance Access Needs of Consumers?," Health Literacy Research and Practice, 6(1) | Bates: 024715 - 024721 |
| 56. | Curran, Emily, Dania Palanker, and Sabrina Corlette (2019). "Short-term Plans Sold Through Out-of-State Associations Threaten Consumer Protections," Commonwealth Fund | Bates: 024722 - 024725 |
| 57. | Appleby, Julie (2021). "New Health Plans Offer Twists on Existing Options, With a Dose of 'Buyer Beware'," KFF Health News | Bates: 024726 - 024732 |

58. Staman, Jennifer (2020). "Federal Private Health Insurance Market Reforms: Legal Framework and Enforcement," Congressional Research Service     Bates: 024733 - 024746

59. Arbel, Yonathan and Andrew Toler (2020). "ALL-CAPS," Journal of Empirical Legal Studies     Bates: 024747 - 024802

60. Hancock, Jay (2015). "How Not to Find Out Your Health Plan Lacks Hospital Benefits," Kaiser Family Foundation
    Bates: 024803 - 024807

61. Kaiser Family Foundation (2021). "2021 Employer Health Benefits"     Bates: 024808 - 025066

62. Kaiser Family Foundation (2022). "2022 Employer Health Benefits"     Bates: 025067 - 025347

63. U.S. Department of Labor, Employee Benefits Security Administration (2022). "MEWAs: Multiple Employer Welfare Arrangements under the Employee Retirement Income Security Act (ERISA): A Guide to Federal and State Regulation"
    Bates: 025348 - 025483

64. National Association of Insurance Commissioners (2022). "Accident and Health Policy Experience Reports for 2018–2021"     Bates: 025484 - 025794

65. Congressional Budget Office (2020). "CBO's Estimates of Enrollment in Short-Term, Limited- Duration Insurance"
    Bates: 025795 - 025803

66. Congressional Budget Office (2019). "How CBO and JCT Analyzed Coverage Effects of New Rules for Association Health Plans and Short-Term Plans"     Bates: 025804 - 025823

67. Centers for Medicare & Medicaid Services Office of the Actuary (2018). "Estimated Financial Effects of the Short-Term, Limited- Duration Policy Proposed Rule"     Bates: 025824 - 025826

68. Deam, Jenny (2021). "He Bought Health Insurance for Emergencies. Then He Fell Into a $33,601 Trap," ProPublica
    Bates: 025827 - 025837

69. Williams, Jackson (2022). "Addressing Low-Value Insurance Products With Improved Consumer Information: The Case of Ancillary Health Products," National Association of Insurance Commissioners, Journal of Insurance Regulation     Bates: 025838 - 025865

70. Schwab, Rachel and Maanasa Kona (2018). "State Insurance Department Consumer Alerts on Short-Term Plans Come Up Short," Center on Health Insurance Reforms     Bates: 025866 - 025870

71. Sanger-Katz, Margot (2018). "What to Know Before You Buy Short-Term Health Insurance," The New York Times
     Bates: 025871 - 025874

72. Pelech, Daria and Karen Stockley (2022). "How Price and Quantity Factors Drive Spending in Nongroup and Employer Health Plans," Health Services Research     Bates: 025875 - 025884

73. Centers for Medicare & Medicaid Services, Medical Loss Ratio Data and System Resources     Bates: 025885 - 025888

74. Appleby, Julie (2018). "Short-Term Health Plans Boost Profits For Brokers And Insurers," NPR     Bates: 025889 - 025905

75. Pear, Robert (2018). "'Short Term' Health Insurance? Up to 3 Years Under New Trump Policy," The New York Times
     Bates: 025906 - 025909

76. Consumer Financial Protection Bureau (2022). "Medical Debt Burden in the United States"     Bates: 025910 - 025963

77. Corlette, Sabrina, Erik Wengle, Ian Hill, and Olivia Hoppe (2020). "Perspective from Brokers: The Individual Market Stabilizes While Short-Term and Other Alternative Products Pose Risks," Urban Institute     Bates: 025964 - 025976

78. Centers for Medicare & Medicaid Services (2021). "2021 Special Enrollment Period in Response to the COVID-19 Emergency"
     Bates: 025977 - 025979

79. Centers for Medicare & Medicaid Services (2021). "Extended Access Opportunity to Enroll in More Affordable Coverage Through HealthCare.gov"     Bates: 025980 - 025983

80. Norris, Louise (2023). "'So Long' to Limits on Short-Term Plans," Healthinsurance.org     Bates: 025984 - 025990

8

81. Giovannelli, Justin, JoAnn Volk, and Kevin Lucia (2020). "States Work to Make Individual Market Health Coverage More Affordable, But Long-Term Solutions Call for Federal Leadership," Commonwealth Fund          Bates: 025991 - 026010

82. Palanker, Dania, Maanasa Kona, and Emily Curran (2019). "States Step Up to Protect Insurance Markets and Consumers from Short-Term Health Plans," Commonwealth Fund
          Bates: 026011 - 026025

83. Ortaliza, Jared, Krutika Amin, and Cynthia Cox (2022). "As ACA Marketplace Enrollment Reaches Record High, Fewer Are Buying Individual Market Coverage Elsewhere," Kaiser Family Foundation          Bates: 026026 - 026030

84. Levitt, Larry, Rachel Fehr, Gary Claxton, Cynthia Cox, and Karen Pollitz (2018). "Why do Short-Term Health Insurance Plans Have Lower Premiums than Plans that Comply with the ACA?," Kaiser Family Foundation          Bates: 026031 - 026033

85. Barnes, Justin and Fumiko Chino (2022). "Short-term Health Insurance Plans Come Up Short for Patients with Cancer," JAMA Oncology, Vol 8, Issue 8: 1101–1103          Bates: 026034 - 026036

86. Hill, Latoya, Samantha Artiga, and Usha Ranji (2022). "Racial Disparities in Maternal and Infant Health: Current Status and Efforts to Address Them," Kaiser Family Foundation
          Bates: 026037 - 026053

87. Tolbert, Jennifer, Kendal Orgera, and Anthony Damico (2020) (updated 2023). "Key Facts about the Uninsured Population," Kaiser Family Foundation          Bates: 026054 - 26074

88. Artiga, Samantha, Latoya Hill, Kendal Orgera, and Anthony Damico (2021) (updated 2022). "Health Coverage by Race and Ethnicity, 2010–2021," Kaiser Family Foundation
          Bates: 026075 - 026077

89. Kaiser Family Foundation (2021). "Adults Who Report Not Having Personal Doctor/Health Care Provider by Race/Ethnicity"          Bates: 026078- 026085

90. Kaiser Family Foundation (2021). "Adults Who Report Not Seeing a Doctor in the Past 12 Months Because of Cost by Race/Ethnicity"          Bates: 026086 - 026093

| | | |
|---|---|---|
| 91. | Bureau of Labor Statistics (2022). "National Occupational Employment and Wage Estimates" | Bates: 026094 - 026118 |
| 92. | Small Business Administration (2023). "Table of Size Standards (last updated March 2023)" | Bates: 026119 - 026159 |
| 93. | House Conf. Rep. No. 104-736 (1996) | Bates: 026160 - 026508 |
| 94. | Palanker, Dania and Christina Goe (2020). "States Don't Know What's Happening in Their Short-Term Health Plan Markets and That's a Problem," Commonwealth Fund | Bates: 026509 - 026512 |
| 95. | Association of United Internet Consultants (2017). "Core Health Insurance Brochure" | Bates: 026513 - 026528 |
| 96. | Hooray Health (2022). "Hooray Health Brochure" | Bates: 026529 - 026529 |
| 97. | Sidecar Health (2022). "Sidecar Health Insurance Brochure" | Bates: 026530 - 026531 |
| 98. | Sidecar Health (2022). "How Do I Use My Sidecar Health VISA Benefit Card to Pay a Provider?" | Bates: 026532 - 026536 |
| 99. | Sidecar Health (2022). "How Sidecar Health Works with You" | Bates: 026537 - 026537 |
| 100. | Association for Community Affiliated Plans (2023). "Letter to Secretaries of Labor, Treasury, and Health and Human Services." | Bates: 026538 - 026541 |
| 101. | United Healthcare (2022). "How Does A Fixed Indemnity Plan Work" | Bates: 026542 - 026552 |
| 102. | United Healthcare (2022). "Health Protector Guard: Hospital and Doctor Fixed Indemnity Insurance" | Bates: 026553 - 026574 |
| 103. | Alston & Bird (2023). "Statutory Background: Hospital Indemnity and Other Fixed Indemnity Excepted Benefits" | Bates: 026575 - 026578 |
| 104. | Aflac Federal Relations and Alston & Bird (2023). "There's a BIG Difference Between Short-Term Medical Insurance and Other Policies" | Bates: 026579 - 026583 |

105. Brief Amicus Curiae of the U.S. House of Representatives in Support of Appellants in Association for Community Affiliated Plans, et al. v. United States Department of the Treasury (2023)  
    Bates: 026584 - 026618

106. Petition for Rehearing and Rehearing En Banc in Association for Community Affiliated Plans, et al. v. United States Department of the Treasury, et al.  Bates: 026619 - 026643

107. H.R. Rep. No. 104–496, part I (1996)  Bates: 026644 - 026927

108. Kaiser Family Foundation (2024). "Number of Issuers Participating in the Individual Health Insurance Marketplaces, 2014–2024"  Bates: 026928 - 026935

109. Centers for Medicare & Medicaid Services (2024). "Marketplace 2024 Open Enrollment Period Report: Final National Snapshot"  
    Bates: 026936 - 026944

110. Centers for Medicare & Medicaid Services (2023). "NHE Fact Sheet"  Bates: 026945 - 026950

111. "FAQs about Families First Coronavirus Response Act and Coronavirus Aid, Relief, and Economic Security Act Implementation Part 50" (Oct. 4, 2021)  Bates: 026951 - 026957

112. "FAQs about Families First Coronavirus Response Act and Coronavirus Aid, Relief, and Economic Security Act Implementation Part 52" (Feb. 4, 2022)  Bates: 026958 - 026965

113. Centers for Medicare & Medicaid Services, Center for Medicaid & CHIP Services (Jan. 5, 2023). "Key Dates Related to the Medicaid Continuous Enrollment Condition Provisions in the Consolidated Appropriations Act, 2023"  Bates: 026966 - 026972

114. Centers for Medicare & Medicaid Services, Center for Medicaid & CHIP Services (Jan. 27, 2023). "Letter to State Health Officials from Deputy Administrator and Director Daniel Tsai RE: Medicaid Continuous Enrollment Condition Changes, Conditions for Receiving the FFCRA Temporary FMAP Increase, Reporting Requirements, and Enforcement Provisions in the Consolidated Appropriations Act, 2023"  Bates: 026973 - 026997

115. Schwab, R., & Volk, J. (Aug. 28, 2023). "The Perfect Storm: Misleading Marketing of Limited Benefit Products Continues as Millions Losing Medicaid Search for New Coverage," Center on Health Insurance Reforms    Bates: 026998 - 027007

116. Healthinsurance.org (2023). "Duration and Renewals of 2023 Short-Term Medical Plans by State"    Bates: 027008 - 027014

117. Steffen, Peter B. (2000). "After Fabe: Applying the Pireno Definition of Business of Insurance in First-Clause McCarran-Ferguson Act Cases," University of Chicago Legal Forum: Vol. 2000    Bates: 027015 - 027041

118. Barnes, Justin, Anne Kirchhoff, Robin Yabroff, and Fumiko Chino (2023). "State Policies Regulating Short-Term Limited Duration Insurance Plans and Cancer Stage at Diagnosis," JNCI Cancer Spectrum, Volume 7, Issue 5    Bates: 027042 - 027045

119. Georgians for a Healthy Future (2019). "Report on Testing Consumer Understanding of a Short-Term Health Insurance Plan"    Bates: 027046 - 027072

120. Kutner M, Greenberg E, Jin Yes, Paulsen C. "The Health Literacy of America's Adults: Results from the 2003 National Assessment of Adult Literacy" (NCES 2006–483). Washington, DC: U.S. Department of Education, National Center for Education Statistics; 2006    Bates: 027073 - 027148

121. Muvuka, B., et. al (2020). "Health Literacy in African-American Communities: Barriers and Strategies," Health Literacy Research and Practice    Bates: 027149 - 027154

122. Schumacher, Jessica R. et al. (2013). "Potentially Preventable Use of Emergency Services: The Role of Low Health Literacy," Medical Care 51(8), August 2013    Bates: 027155 - 027164

123. Centers for Medicare & Medicaid Services (2023). "Unwinding and Returning to Regular Operations after COVID, Medicaid and CHIP Renewals Outreach and Educational Resources"    Bates: 027165 - 027168

124. Centers for Medicare & Medicaid Services (August 26, 2022). "Biden-Harris Administration Makes Largest Investment Ever in Navigators Ahead of HealthCare.gov Open Enrollment Period"    Bates: 027169 - 027174

125. Corallo, Bradley, Jennifer Tolbert, Patrick Drake, Sophia Moreno, and Robin Rudowitz (2024). "Halfway Through the Medicaid Unwinding: What Do the Data Show?" Kaiser Family Foundation                    Bates: 027175 - 027182

126. Centers for Medicare & Medicaid Services, Frequently Asked Questions on Reuse of Exchange for Ancillary Products (March 29, 2013)                    Bates: 027183 - 027184

127. NAIC Model 40 (1999 & 2020)                    Bates: 027185 - 027222

128. NAIC Model 170 (2019 & 2020)                    Bates: 027223 - 027240

129. NAIC Model 171 (2019 & 2020)                    Bates: 027241 - 027285

130. National Association of Insurance Commissioners (2023). "2022 Accident and Health Policy Experience Report"
                    Bates: 027286 - 027596

131. Lucia, Kevin, Sabrina Corlette, Dania Palanker, and Olivia Hoppe (2018). "Views From the Market: Insurance Brokers' Perspectives on Changes to Individual Health Insurance," Urban Institute                    Bates: 027597 - 027609

132. AHIP–ACLI–BCBSA 2023 Survey: Fixed Indemnity and Specified Disease Plans, September 7, 2023                    Bates: 027610 - 027611

133. Karaca-Mandic, Pinar, Feldman, Roger, and Peter Graven (2016). "The Role of Agents and Brokers in the Market for Health Insurance," Journal of Risk and Insurance                    Bates: 027612 - 027639

134. National Association of Benefits and Insurance Professionals (2023). "Who We Are"                    Bates: 027640 - 027644

135. Yang, Nuo Nova, Jingxuan Zhao, Justin Michael Barnes, Anne C. Kirchhoff, Fumiko Chino, Robin Yabroff, and Xuesong Han (2023). "Association of Federal and State Policies Regulating Short-term Limited Duration Insurance (STLD) Plans and Later Cancer Stage at Diagnosis," JCO Oncology Practice, Volume 19, Issue 11                    Bates: 027645 - 027645

136. Ortaliza, Jared, Krutika Amin, and Cynthia Cox (2024). "Another Year of Record ACA Marketplace Signups, Driven in Part by Medicaid Unwinding and Enhanced Subsidies," Kaiser Family Foundation                    Bates: 027646 - 027653

137.  American Cancer Society Cancer Action Network (2019). "Inadequate Coverage: An ACS CAN Examination of Short-Term Health Plans"   Bates: 027654 - 027678

138.  Blase, Brian (2021). "Individual Health Insurance Markets Improving in States that Fully Permit Short-Term Plans," Galen Institute   Bates: 027679 - 027702

139.  Rikard, RV, Maxine Thompson, Julie McKinney, and Alison Beauchamp (2016). "Examining Health Literacy Disparities in the United States: A Third Look at the National Assessment of Adult Literacy," BMC Public Health, Volume 16, Issue 1
     Bates: 027703 - 027714

140.  Davis, Stacy, Jonathan Wischhusen, Steven Sutton, Shannon Christy, Emmanuel Chavarria, Megan Sutter, Siddhartha Roy, Cathy Meade, and Clement Gwede (2020). "Demographic and Psychosocial Factors Associated with Limited Health Literacy in a Community-based Sample of Older Black Americans," Patient Education and Counseling, Volume 103, Issue 2,
     Bates: 027715 - 027720

141.  Office of the Assistant Secretary for Planning and Evaluation (2016). "Guidelines for Regulatory Impact Analysis"
     Bates: 027721 - 027815

142.  Centers for Medicare & Medicaid Services (2024). "Short-term, Limited-duration and Fixed Indemnity Issuers and Associated Income (as measured by Revenue or Premiums)"   Bates: 027816 – 027817

143.  Multiple Issuers' Fixed Indemnity Plan Documentation
     Bates: 027818 - 030879

144.  Nat'l Ass'n of Ins. Commissioners (2024). "MCAS 2023 - Market Conduct Annual Statement"
     Bates: 030880 - 030888

145.  Centers for Medicare & Medicaid Services (2023). "Self-Funded, Non-Federal Governmental Plans"   Bates: 030889 - 030891

146.  Sidecar Health (2023). "Discussion regarding Proposed Rulemaking: section 105(b)"   Bates: 030892- 030900

14

**147.**   Am. Council of Life Insurers (2023). "Taxation of Fixed Indemnity and Certain Other Accident and Health Insurance Policies"   Bates: 030901 - 030910

**148.**   Centers for Medicare & Medicaid Services (2024). "Consumer Research to Improve Marketplace Tools, Outreach, and Education Programs, Short-Term Plan Notice Messages: MaxDiff Survey"   Bates: 030911 - 030934

**149.**   Centers for Medicare & Medicaid Services (2024). "Short-Term Plan Notice MaxDiff Survey: Topline Report"   Bates: 030935 - 030965

**150.**   Centers for Medicare & Medicaid Services (2024). "Consumer Research to Improve Marketplace Tools, Outreach, and Education Programs. STLDI/FI Notices: Topline Report"   Bates: 030966 - 031024

**151.**   Centers for Medicare & Medicaid Services (2024). "Consumer Research to Improve Marketplace Tools, Outreach, and Education Programs. STLDI/FI Notices: Spanish Language Research Topline Report (FINAL)"   Bates: 031025 - 031090

# # #