IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TEXAS SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, A FLORIDA NOT-FOR-PROFIT CORPORATION, AND PREMIER HEALTH SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY, <br><br> Plaintiffs, <br> v. <br><br><br> XAVIER BECERRA, IN HIS OFFICIAL CAPACITY, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVCIES, JULIE A. SU, IN HER OFFICIAL CAPACITY AS ACTING UNITED STATES SECRETART IF KABOR, AND JANET YELLEN, IN HER OFFICIAL CAPACITY, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY, <br><br> Defendants | Case No. 24-CV-783 <br><br> Judge Sean D. Jordan |

**MOTION OF AMICI FOR LEAVE TO FILE AMICI CURIAE OPPOSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Leukemia & Lymphoma Society (LLS), the AIDS Institute, ALS Association, Arthritis Foundation, Cancer Support Community (CSC), Cancer*Care*, Crohn's & Colitis Foundation, Cystic Fibrosis Foundation (CFF), Epilepsy Foundation of America (EFA), Families USA, Muscular Dystrophy Association (MDA), National Alliance on Mental Illness (NAMI), National Multiple Sclerosis Society (NMSS), National Organization for Rare Disorders (NORD), National Patient Advocate Foundation (NPAF) (collectively "Amici") respectfully move for

leave to file the attached *amici curiae* brief in the above-captioned matter. Although this Court's Local Rules do not address *amici* participation, federal courts have inherent authority to permit the filing of such briefs, *See, e.g., Rowland v. GGNSC Ripley, LLC*, No. 3-13-cv-00011, 2016 WL 4136486, at *4 (N.D. Miss. Aug. 3, 2016) (collecting cases). And organizations often appear as *amici* to vindicate their interests.

District courts typically accept *amici* briefs where they are "timely" and "useful…to the administration of justice." *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 3d 920, 927 (S.D. Tex. 2007) (quotation marks omitted); see also *Earth Island Inst. v. Nash*, No. 1:19-cv-01420, 2019 WL 6790682, at *1 (E.D. Cal. Dec. 12, 2019) ("The touchstone is whether the amicus is helpful…" (citing *California v. United States Dep't of Labor*, No. 2:13-cv-02069, 2014 WL 12691095 (E.D. Cal. Jan. 14, 2014)) (quotation marks omitted)). Here, the Amici brief is timely and useful. The Amici represent millions of patients and consumers across the country facing serious, acute, and chronic health conditions. A number of Amici participated in the underlying rulemaking proceeding to amend the federal definition of short-term, limited-duration insurance ("STLDI"). Amici have unique perspectives on what individuals and families need to prevent disease, manage health, and cure illness—including the insurance coverage needs of those who have these serious medical conditions, which often require costly treatment.

Accordingly, the Amici respectfully request that the Court accept the attached *amici curiae* brief for filing.

2

Dated: December 18, 2024                    Respectfully submitted,

/s/ *Katherine G. Treistman*
KATHERINE G. TREISTMAN
katherine.treistman@arnoldporter.com
State Bar No. 00796632
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel.: (713) 576–2400
Fax: (713) 576–2499

CATHERINE BRANDON, *Pro Hac Vice Pending*
catherine.brandon@arnodlporter.com
(D.C. BAR #: 988411)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Tel.: (202) 942-6611
Fax: (202) 942-5999

MONIQUE NOLAN, *Pro Hac Vice Pending*
Monique.Nolan@arnoldporter.com
(D.C. BAR #: 483383)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Tel.: (202) 942-5048
Fax: (202) 942-5999

ALYSSA LATTNER, *Pro Hac Vice Pending*
Alyssa.Lattner@arnoldporter.com
(D.C. BAR #: 1737187)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Tel.: (202) 942-5282
Fax: (202) 942-5999

BRIAN DUNPHY, *Pro Hac Vice Pending*
Brian.Dunphy@arnoldporter.com
(MA BAR #: 67902)
ARNOLD & PORTER KAYE SCHOLER LLP
200 Clarendon Street, 53rd Floor
Boston, MA 02116
Tel.: (617) 226-9195
Fax: (627) 226-9199

LORELI WRIGHT, *Pro Hac Vice Pending*
Loreli.Wright@arnoldporter.com
(CO Bar #:51320)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202
Tel.: (303) 863-2353
Fax: (303) 863-23-01

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I filed this Motion with the United States District Court for the Eastern District of Texas using the CM/ECF system, which will cause it to be served on all counsel of record.

Dated: December 18, 2024                Respectfully submitted,


                                        */s/ Katherine G. Treistman*
                                        Katherine. G. Treistman

4