**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TEXAS SHERMAN DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, A FLORIDA NOT-FOR-PROFIT CORPORATION, AND PREMIER HEALTH SOLUTIONS, LLC, A TEXAS LIMITED LIABILITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br><br><br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVCIES, JULIE A. SU, IN HER OFFICIAL CAPACITY AS ACTING UNITED STATES SECRETART IF KABOR, AND JANET YELLEN, IN HER OFFICIAL CAPACITY, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY,<br><br>Defendants | Case No. 24-CV-783<br><br>Judge Sean D. Jordan |

**[PROPOSED] ORDER GRANTING MOTION OF AMICI FOR LEAVE TO FILE
AMICI CURIAE OPPOSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

After considering the Motion of The Leukemia & Lymphoma Society (LLS), the AIDS

Institute, ALS Association, Arthritis Foundation, Cancer Support Community (CSC),

Cancer*Care*, Crohn's & Colitis Foundation, Cystic Fibrosis Foundation (CFF), Epilepsy

Foundation of America (EFA), Families USA, Muscular Dystrophy Association (MDA),

National Alliance on Mental Illness (NAMI), National Multiple Sclerosis Society (NMSS),

National Organization for Rare Disorders (NORD), National Patient Advocate Foundation

(NPAF), for leave to file an *amici curiae* brief, the Court hereby finds that there is good cause to grant the motion.  Therefore, the court **GRANTS** the Amici Motion and deems the *amici curiae* brief attached to that motion filed as of the date *amici* filed the Motion.