**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOROTHY FINK, in her official capacity as Acting Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-00783-SDJ |

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

PLEASE TAKE NOTICE of the substitution of counsel for all Defendants. James Bickford, the undersigned attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, will replace Kyla M. Snow. All future orders, briefs, and correspondence should be directed to James Bickford.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: January 23, 2025