# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOROTHY FINK, in her official capacity as Acting Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-00783-SDJ |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendants' reply brief in this Administrative Procedure Act case is currently due Tuesday, February 4. ECF No. 30. The government respectfully requests a fifteen (15) day extension of its time to file, until February 19, to accommodate a change of counsel. The government also respectfully requests an equal extension of its time to submit a joint appendix, until February 28.

The attorney previously assigned to handle this case is leaving the Department of Justice. Undersigned counsel is working diligently to master the details of the challenged rule and the parties' previous filings in this matter, along with nine (9) other cases that have recently been reassigned to him, many with deadlines in early February. Defendants submit that an extension of slightly more than two weeks would be reasonable under the circumstances, and would not prejudice Plaintiffs, who oppose this relief.

A proposed order is attached.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: January 23, 2025

## CERTIFICATE OF CONFERENCE

On January 22, 2025, I conferred by telephone with Dominick Lanzito, counsel for plaintiffs, regarding defendants' intention to seek this extension of time. Plaintiffs are opposed to the extension requested here.

*/s/ James Bickford*