UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-783-SDJ |
| XAVIER BECERRA, ET AL. | § § | |

## ORDER

Before the Court is Defendants' Motion for Extension of Time to File Reply. (Dkt. #61). The Certificate of Conference states that Plaintiffs are opposed to the requested extension.

It is therefore **ORDERED** that Plaintiffs file a response to the extension motion by **January 28, 2025**.

So ORDERED and SIGNED this 24th day of January, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE