UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-783-SDJ |
| XAVIER BECERRA, ET AL. | § § | |

# ORDER

Before the Court is Defendants' Motion for a 90-Day Stay or an Extension of Time. (Dkt. #66). The Certificate of Conference states that Plaintiffs are opposed to both the stay and extension.

It is therefore **ORDERED** that Plaintiffs file a response to the extension motion by **February 26, 2025**.

**So ORDERED and SIGNED this 19th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE