UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS <br><br> v. <br><br> KENNEDY, JR., ET AL. | § <br> § <br> § CIVIL NO. 4:24-CV-783-SDJ <br> § <br> § <br> § |

## ORDER

Before the Court is Defendants' Motion for a 90-Day Stay or an Extension of Time, (Dkt. #66), and Plaintiff's Response in Opposition to Defendants' Motion for a 90-Day Stay or an Extension of Time, (Dkt. #68). After considering the filings, the Court concludes that the motion should be granted.

It is therefore **ORDERED** that Defendants' Motion for a 90-Day Stay or an Extension of Time, (Dkt. #66), is **GRANTED**. All proceedings in this matter are **STAYED until May 19, 2025**.

It is further **ORDERED** that, on or before **May 19, 2025**, the Government Defendants must provide the Court with an advisory concerning the results of their evaluation of their position in this case and how the Government Defendants intend to proceed. *See* (Dkt. #66 at 1).

**So ORDERED and SIGNED this 24th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE