UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF ANCILLARY BENEFITS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-783-SDJ |
| ROBERT F. KENNEDY, JR., ET AL. | § § | |

## ORDER

Before the Court is Defendants' Motion to Extend Stay. (Dkt. #70). The Certificate of Conference states that Plaintiffs are opposed to a further stay.

It is therefore **ORDERED** that Plaintiffs file a response to the extension motion by **May 27, 2025**.

So ORDERED and SIGNED this 21st day of May, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE