UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF | § | |
| ANCILLARY BENEFITS | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-783-SDJ |
| | § | |
| XAVIER BECERRA, ET AL. | § | |

### ORDER

Before the Court is Defendants' Motion to Extend Stay. (Dkt. #75). The Certificate of Conference states that Plaintiff is opposed to a further stay.

It is therefore **ORDERED** that Plaintiff shall file a response to the extension motion no later than **Friday, September 5, 2025.**

**So ORDERED and SIGNED this 29th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE